United States District Court
Southern District of Texas
**ENTERED**
April 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTONIO LARES GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00295 |
| | § | |
| DS1 LOGISTICS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TERMINATING MOTIONS

On March 19, 2024, the Clerk of Court entered default against Defendants DS1 Logistics and Steve James Reneau. D.E. 17, 18. Pending before the Court are Plaintiff's motions seeking default judgments against each Defendant. D.E. 20, 21. On April 2, 2024, both Defendants filed a joint answer to the complaint. D.E. 22. Because Defendants have now joined issue with Plaintiff and because default judgments are disfavored in the law, the Court **TERMINATES** the motions for default judgment (D.E. 20, 21) as **MOOT**.

**ORDERED** on April 8, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1