United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTONIO LARES GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00295 |
| | § | |
| DS1 LOGISTICS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulations of Dismissal with Prejudice (D.E.s 48 & 58), the Court enters final judgment dismissing this action with prejudice.

ORDERED on June 25, 2025.

_____
Julie K. Hampton
United States Magistrate Judge